FILED: November 1, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6997
(1:22-cv-00047-CMH-IDD)
_____

JOSEPH HATCHER

    Plaintiff - Appellant

v.

WILLIAM YORK, M.D.

    Defendant - Appellee

and

HAROLD CLARKE, Director, Virginia Department Corrections

    Defendant

_____

O R D E R
_____

The court grants the motion filed by Connor Bleakley to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk