UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6997
(1:22-cv-00047-CMH-IDD)
_____

JOSEPH HATCHER

    Plaintiff - Appellant

v.

WILLIAM YORK, M.D.

    Defendant - Appellee

and

HAROLD CLARKE, Director, Virginia Department Corrections

    Defendant

_____

M A N D A T E
_____

The judgment of this court, entered April 27, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*